# MILLS SHIRLEY L.L.P.

ACCEPTED
01-15-00162-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 9:42:06 AM
CHRISTOPHER PRINE
CLERK

GEORGE W. VIE III
PARTNER
gvie@millsshirley.com
Direct Dial (409) 761-4032 or
(713) 571-4232

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/18/2015 9:42:06 AM

CHRISTOPHER A. PRINE
Clerk

March 17, 2015

Re: Case No. 01-15-00162-CV; *Anthony Cann v. Hometown Bank* – In the First Court of Appeals, Houston, Texas; Trial Court Case No. 14CV0668

---

Christopher A. Prine, Clerk
First Court of Appeals
Harris County 1910 Courthouse
301 Fannin
Houston, TX 77002

Dear Mr. Prine:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, this letter is notice of my appearance as lead counsel representing Appellee Hometown Bank. Please note my representation on the Court's docket.

By copy of this letter, Appellant's counsel is notified of my appearance.

Sincerely,

*/s/ George W. Vie III*

State Bar No. 20579310

GWV/kc

cc:

Via e-service to **service@mastrianilaw.com**

John V. Mastriani
Christopher M. Thornhill
The Mastriani Law Firm
P.O. Box 460174
Houston, TX 77056

Attorneys for Appellant